IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

PHYLLIS ANN WHEELUS,   Civil Action File No.
                                             5:12-CV-131 (MTT)

      Plaintiff,

v.

WAL-MART STORES, INC.,

      Defendant.
_____/

## CONSENT MOTION TO REMAND

Come now the parties and make this their consent motion to remand. Plaintiff having stipulated and agreed that a verdict greater than $75,000.00 shall be written down to the sum of $75,000.00, so that no judgment shall be entered against defendant Wal-Mart Stores Inc. in an amount greater than $75,000.00, Defendant consents to this case being remanded to the state court of Houston County.

Wherefore, the parties request this case be remanded to the State Court of Houston County, and request this Court to enter an order capping any potential verdict at $75,000.00. The parties have submitted a proposed consent order attached hereto.

*<signature page follows>*

This the 23rd day of April, 2012.

                        McLAIN & MERRITT, P.C.

                        /s/ Albert J. DeCusati
                        Albert J. DeCusati, Esq.
                        Georgia Bar No. 215610
                        Attorney for Defendant
                        WAL-MART STORES EAST, L.P.

3445 Peachtree Rd, N.E.
Atlanta, Georgia 30326-3240
(404) 266-9171
(404) 364-3138 (fax)
adecusati@mclain-merritt.com

                        /s/ Carl A. Veline *(with express*
                              *permission)*
                        Carl A. Veline, Jr., Esq.
                        Attorney for Plaintiff

P.O. Drawer 7027
Warner Robins, GA 31095-7027
(478) 923-0203
Fax: (478) 429-8380